# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Harry Ronald Rice ,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                                  3:12-cv-00503-DCK

USA,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 11/21/2012 Order.

                                              Signed: November 21, 2012

                                              Frank G. Johns, Clerk
                                              United States District Court